

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601
___
(914) 385-6000
FAX (914) 385-6060
www.hwb-lawfirm.com

Michael K. Burke, Esq.
Direct E-Mail: mburke@hwb-lawfirm.com

August 3, 2021

VIA ECF

Honorable Andrew Krause
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, New York 10601

Re: *United States v. Richard Leaf* 20 MJ 1934

Dear Judge Krause:

    I am counsel for Richard Leaf in the above referenced case. I am writing to request a modification of Mr. Leaf's bail. He is currently on house arrest/GPS. He has diabetes and his primary care physician has expressed a concern about his recent weight gain and lack of exercise. and I am requesting that he be permitted to leave his condominium unit each day to walk or go to the onsite gym. I have been in contact with his Pre-trial service officer, Leo Barrios and he has no objection to this request.

    I have also been in contact with Assistant United States Attorney Jennifer Ong and the government consents to this request.

    Thank you for your consideration.

Very truly yours,

/S/
Michael K. Burke

**APPLICATION GRANTED.**

Dated: August 4, 2021

SO ORDERED.

*/s/ Andrew Krause*

ANDREW E. KRAUSE
United States Magistrate Judge